#### UNITED STATES DISTRICT COURT
#### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 95-040** |
| **TOMMIE ANDERSON** | **SECTION: "K"** |

#### ORDER

Considering Defendant Tommie Anderson's Motion for Retroactive Application of Sentencing Guidelines (Rec. Doc. 137), and his Motion to be Released from the Drug Program (Rec. Doc. 138), the Court notes that the Defendant has already been granted a reduction of his sentence based upon the retroactive application of the "crack" cocaine sentencing guidelines amendments.  Order, Mar. 25, 2008 (Rec. Doc. 136).  Any reduction of supervised release is not included in the Court's order, and any further reduction shall not be granted.  Furthermore, the Court sees no persuasive reason to modify the terms of the Defendant's incarceration or supervised release with regards to the drug treatment program.  Accordingly,

**IT IS ORDERED** that Defendant's motions (Rec. Docs. 137 & 138) are **DENIED.**

New Orleans, Louisiana, on this __9th__ day of May, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE